E-FILED
Tuesday, 12 May, 2026  02:31:42 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## Central District of Illinois

| | | |
|---|---|---|
| Jeanne Ives | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:26-cv-03158 |
| JB Pritzker, in his offical capacity, et a. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jeanne Ives, Plaintiff                                                                                          .

Date:     05/12/2026

/s/ Joseph M. Nixon
*Attorney's signature*

Joseph M. Nixon  Fed Bar No. 1319
*Printed name and bar number*
Public Interest Legal Foundation, Inc.
107 S. West St., suite 700
Alexandria, VA 22314

*Address*

jnixon@publicinterestlegal.org
*E-mail address*

(703) 745-5870
*Telephone number*

*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Jeanne Ives | ) |
| *Plaintiff* | ) |
| v. | ) |
| JB Pritzker, in his offical capacity, et a. | ) |
| *Defendant* | ) |

Case No.   3:26-cv-03158

CERTIFICATE OF SERVICE

I certify that on  05/12/2026_____, I electronically filed the foregoing with the Clerk of the

Court using the CMECF system which will send notification of such filing to the following:

_____,

and I certify that I have mailed by the United States Postal Service the document to the following

non CMECF participants:

_____.

/s/ Joseph M. Nixon
*Attorney's signature*

Joseph M. Nixon  Fed Bar No. 1319
*Printed name and bar number*

Public Interest Legal Foundation, Inc.
107 S. West St., suite 700
Alexandria, VA 22314

*Address*

jnixon@publicinterestlegal.org
*E-mail address*

(703) 745-5870
*Telephone number*

*Fax number*