E-FILED
Friday, 10 July, 2026  12:45:53 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

JEANNE IVES,

        *Plaintiff*,

   v.

JB PRITZKER, in his official capacity as
Governor of Illinois; BERNADETTE
MATTHEWS, in her official capacity as
Executive Director of the Illinois State Board
of Elections; and the ILLINOIS STATE
BOARD OF ELECTIONS,

        *Defendants*.

No. 3:26-cv-3158-SEM-DJQ

**THE BOARD DEFENDANTS' MOTION TO DISMISS
PURSUANT TO RULES 12(B)(1) AND 12(B)(6)**

Defendants the Illinois State Board of Elections and Bernadette Matthews, in her official capacity as the Board's executive director (collectively, the "Board defendants"), move to dismiss the complaint, Doc. 1, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

The grounds for this motion are set forth in the memorandum of law filed by defendant JB Pritzker, in his official capacity as Governor of Illinois, which the Board defendants hereby adopt and incorporate by reference.  *See* Civil Local Rule 7.1(B)(1).

Dated: July 10, 2026

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

/s/ Alex Hemmer
Alex Hemmer
Michelle Petersen
Holly Berlin
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
alex.hemmer@ilag.gov
(312) 814-3000

*Counsel for Defendants*