E-FILED
Friday, 17 July, 2026  10:18:10 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

|  |  |
|---|---|
| JEANNE IVES,<br><br>    *Plaintiff*,<br><br> v.<br><br>JB PRITZKER, in his official capacity as Governor of Illinois; BERNADETTE MATTHEWS, in her official capacity as Executive Director of the Illinois State Board of Elections; and the ILLINOIS STATE BOARD OF ELECTIONS,<br><br>    *Defendants*. | No. 3:26-cv-3158-SEM-DJQ |

**DISCOVERY PLAN**

Counsel for Plaintiff Jeanne Ives, and counsel for defendants JB Pritzker, Bernadette Matthews, and the Illinois State Board of Elections, having met on July 15, 2026, for the purpose of conferring pursuant to Federal Rule of Civil Procedure 26(f) and formulating a proposed discovery schedule for consideration by the Court, hereby submit the below agreed deadlines for the Court's consideration.

The parties agree that it will promote the efficient resolution of this case to set deadlines for discovery that are tied to the resolution of the pending motions to dismiss. Docs. 12, 13, 14. The parties thus agree on the following deadlines, which will take effect if the motions to dismiss are denied:

| 1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) | 30 days after denial of motion to dismiss |
|---|---|
| 2. Amendment of the pleadings | 60 days after denial of motion to dismiss |

1

| 3. Joining additional parties | 90 days after denial of motion to dismiss |
|---|---|
| 4. Close of fact discovery | 9 months after denial of motion to dismiss |
| 5. Disclosure of plaintiff's experts | 6 months after denial of motion to dismiss |
| 6. Disclosure of plaintiff's expert reports | 6 months after denial of motion to dismiss |
| 7. Plaintiff's experts deposed by | 60 days after disclosure of plaintiff's experts |
| 8. Disclosure of defendants' experts | 60 days after disclosure of plaintiff's experts |
| 9. Disclosure of defendants' expert reports | 60 days after disclosure of plaintiff's experts |
| 10. Defendants' experts deposed by | 60 days after disclosure of defendants' experts |
| 11. Completion of all discovery | 10 months after denial of motion to dismiss (or, if the parties do not hire experts, same date as close of fact discovery) |
| 12. Dispositive motions | 1 month after completion of all discovery |

Respectfully submitted,

/s/ Joseph Nixon
Kaylan Phillips
J. Christian Adams
Joseph Nixon
PUBLIC INTEREST LEGAL FOUNDATION
107 S. West Street, Suite 700
Alexandria, VA 22314
(703) 745-5870
kphillips@publicinterestlegal.org
adams@publicinterestlegal.org
jnixon@publicinterestlegal.org


*Counsel for Plaintiff*

KWAME RAOUL
Attorney General of Illinois

/s/ Alex Hemmer
Alex Hemmer
Michelle Petersen
Holly Berlin
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
alex.hemmer@ilag.gov
(312) 814-3000


*Counsel for Defendants*